No. 581. STATE OF OHIO ON THE RELATION OF THE HARTFORD LIFE INSURANCE COMPANY, PLAINTIFF IN ERROR, *v.* ALONZO J. DOUDS ET AL. In error to the Supreme Court of the State of Ohio. Motion to affirm or place on summary docket submitted January 21, 1918.

Decided January 28, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237, Judicial Code, as amended by the Act of Congress of September 6, 1916, c. 448, 39 Stat. 726; *Philadelphia & Reading Coal & Iron Co.* v. *Gilbert,* 245 U. S. 162. *Mr. James C. Jones* and *Mr. Harry B. Arnold* for plaintiff in error. *Mr. Smith W. Bennett* for defendants in error.